Krista R. Hemming, SBN 304213
THE HEMMING FIRM
222 West 6th Street
San Pedro, Ca 90731
Tel: (949) 903 - 7650
Fax: (949) 258 - 5963
E-mail: thehemmingfirm@gmail.com

Attorney for Plaintiff
JORGE CASTILLO


MICHAEL N. FEUER, City Attorney (SBN 111529X)
THOMAS H. PETERS, Chief Assistant City Attorney (SBN 163388)
CORY M. BRENTE, Supervising City Attorney (SBN 158917)
ELIZABETH T. FITZGERALD, Deputy City Attorney (SBN 158917)
200 North Main Street, 6th Floor
City Hall East
Los Angeles, CA 90012

Attorneys for Defendants: CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE CASTILLO,<br><br>         Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; Officer GONZALEZ; and GOMEZ, Individually, and in their capacity as Los Angeles Police Department Officers.<br><br>         Defendants. | Case No.: 2:18-CV-09924-R-SK<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: November 27, 2018 |

TO THE HONORABLE COURT:

Plaintiff JORGE CASTILLO ("Plaintiff") and Defendants CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT (collectively, "Defendants") submit this Joint Status Report, Pursuant to the Court's order dated June 25, 2019

## I. STATUS OF THE CASE

Currently the parties are still engaged in the discovery. Plaintiff will be serving discovery requests on the Defendants within the next ten (10) calendar days. Plaintiff will be seeking all reports, audio/video recording and logs regarding this incident as well as department policy and procedures. Additionally, Plaintiff will be seeking disclosure of the defendants' personal files to include their discipline and accommodation records, training records and complaint history, therefore the need for a Pitchess motion may arise.

Prior to disclosure, Defendants will be seeking a protective order regarding video evidence that will be turned over during the initial phase of discovery. Defendants will be preparing and serving on Plaintiff discovery requests of their own.

Depending on the respective written responses by each party, either party reserves the right to subpoena for deposition any party to this action.

## II. SETTLEMENT

The parties have not, at this point engaged in any attempts at settlement. As stated above the parties are still in the initial stages of discovery and are not in a place to participate in meaningful settlement and negotiation talks.

## III. RESOLUTION

Suggestions of procedures that would facilitate resolution.

Plaintiff suggests mediation or structed settlement negotiation once significant discovery has been completed.

Defendants will be seeking resolution of the case through dispositive motions, as they intend to file a Motion for Summary Judgment.

Dated: July 3, 2019

THE HEMMING FIRM

By:   /s/ Krista R. Hemming
      Krista R. Hemming, Esq.

Attorneys for Plaintiff
JORGE CASTILLO

Dated: July 3, 2019

City of Los Angeles

By: /s/ Elizabeth T. Fitzgerald
    Elizabeth T. Fitzgerald, Esq.

Attorneys for Defendants: CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT

THE HEMMING FIRM
222 WEST 6TH, STE 400
SAN PEDRO, CA 90731

I certify in accordance with Local Rule 5-4.3.4 that all parties have concurred in the contents of the document and have authorized my office to file it.

DATED: July 3, 2019                    THE HEMMING FIRM

                                By:    */s/Krista R. Hemming*
                                       Krista R. Hemming, Esq.
                                       Attorneys for Plaintiffs,
                                       JORGE CASTILLO