JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CASTILLO<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; Officer GONZALEZ; and GOMEZ, Individually, and in their capacity as Los Angeles Police Department Officers.<br><br>Defendants. | Case No.: 2:18-cv-09924-R-SK<br>Honorable James V. Selna<br><br>**ORDER**<br>**RE: JOINT STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION** |

ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE:

Based upon the foregoing request of Plaintiff and Defendants in the above entitled action, JORGE CASTILLO v. CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, ALEXANDER GONZALES AND ISAAC GOMEZ, request this honorable Court to dismiss the case in its entirety.

///

# ORDER OF DISMISSAL OF ENTIRE ACTION
# WITH PREJUDICE AGAINST DEFENDANTS
# CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT,
# ALEXANDER GONZALES AND ISAAC GOMEZ

Based upon the forgoing request of Plaintiff Jorge Castillo, by and through his counsel of record, in the mater of Jorge Castillo vs. City of Los Angeles, Los Angeles Police Department, Alexander Gonzalez and Isaac Gomez, Case Number CV18-09924 JVS-SK, The Defendants City of Los Angeles, Los Angeles Police Department, Alexander Gonzalez and Isaac Gomez are hereby Dismissed With Prejudice, as to All of Causes of Actions, against Defendants City of Los Angeles, and All Defendants served and unserved. Each party shall bear their own costs.

Dated: May 04, 2020

_____
HONORABLE JAMES V. SELNA
United States District Court Judge